*E-FILED: August 19, 2013*

Jayni Foley Hein (Bar No. 258261)
Sejal Choksi-Chugh (Bar No. 222093)
SAN FRANCISCO BAYKEEPER
785 Market Street, Suite 850
San Francisco, California 94103
Telephone: (415) 856-0444
Facsimile: (415) 856-0443
Email: jayni@baykeeper.org
Email: sejal@baykeeper.org

Attorneys for Plaintiff
SAN FRANCISCO BAYKEEPER

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN FRANCISCO BAYKEEPER, a non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF SUNNYVALE, BAY COUNTIES WASTE SERVICES, Inc., and STEVENS CREEK QUARRY, Inc.,<br><br>Defendants. | Case No. C-13-2425-HRL<br><br>**REQUEST TO RESCHEDULE THE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**<br><br>Judge: Hon. Howard R. Lloyd |

WHEREAS, on May 29, 2013, Plaintiff San Francisco Baykeeper filed the above-entitled complaint;

WHEREAS, Plaintiff's deadline to serve the complaint is September 26, 2013, pursuant to Fed. Rule. Civ. P. 4(m);

WHEREAS, Plaintiff has thus far refrained from serving the complaint while Plaintiff and Defendant City of Sunnyvale (collectively referred to as the "Parties") have worked together to reach a settlement agreement that would avoid the need for litigation;

WHEREAS, the Parties are continuing to engage in settlement negotiations and hope to reach a settlement within the next two months.

WHEREAS, the Initial Case Management Conference is scheduled for September 3, 2013, at

1  1:30 pm;

2  WHEREAS, the Scheduling Order states that if the Initial Case Management Conference is
3  continued, the other deadlines are continued accordingly;

4  WHEREAS, Plaintiff requests, upon the Court's approval, to reschedule the Case
5  Management Conference for October 3, 2013, at 1:30 pm, or at such later date that is convenient for
6  the Court, in order to give the Parties a chance to complete settlement negotiations without involving
7  the resources of the Court;

8  WHEREAS, Plaintiff requests, upon the Court's approval, to reschedule the deadlines to file
9  an ADR Certification and to file a Rule 26(f) Report to align with the new proposed Case
10 Management Conference date;

11 WHEREFORE, Plaintiff respectfully requests the Court to approve and enter the Proposed
12 Order below.

13
14 Dated: August 13, 2013

                          Respectfully submitted,

                          SAN FRANCISCO BAYKEEPER

                          By:  /s/ *Sejal Choksi-Chugh*
                              Sejal Choksi-Chugh
                              Attorney for Plaintiff
                              SAN FRANCISCO BAYKEEPER

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED that the Case Management Conference set for September 3, 2013, is rescheduled for October ~~3~~ 8, 2013, ~~or such later date that is convenient for the Court,~~ and all associated deadlines be moved accordingly.

IT IS SO ORDERED.

NORTHERN DISTRICT COURT OF CALIFORNIA

Dated: August 19, 2013

_____
United States Magistrate Judge
HOWARD R. LLOYD