Jayni Foley Hein (Bar No. 258261)
Sejal Choksi-Chugh (Bar No. 222093)
SAN FRANCISCO BAYKEEPER
785 Market Street, Suite 850
San Francisco, California 94103
Telephone: (415) 856-0444
Facsimile: (415) 856-0443
Email: jayni@baykeeper.org
Email: sejal@baykeeper.org

Attorneys for Plaintiff
SAN FRANCISCO BAYKEEPER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SAN FRANCISCO BAYKEEPER, a non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF SUNNYVALE, BAY COUNTIES WASTE SERVICES, Inc., and STEVENS CREEK QUARRY, Inc.,<br><br>Defendants. | Case No. C-13-2425-HRL<br><br>**REQUEST TO RESCHEDULE THE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**<br><br>Judge: Hon. Howard R. Lloyd |

WHEREAS, on May 29, 2013, Plaintiff San Francisco Baykeeper filed the above-entitled complaint;

WHEREAS, on September 6, 2013 Plaintiff served Defendant City of Sunnyvale with the complaint and requested a waiver of service of summons;

WHEREAS, Defendant has until October 6, 2013 to respond to the waiver of service of summons and has not done so to date;

WHEREAS, Plaintiff and Defendant (collectively referred to as the "Parties") are continuing to engage in settlement negotiations and anticipate reaching a settlement within the next month to

1  avoid the need for litigation;

2      WHEREAS, the Initial Case Management Conference is scheduled for October 8, 2013, at

3  1:30 pm;

4      WHEREAS, the Scheduling Order states that if the Initial Case Management Conference is

5  continued, the other deadlines are continued accordingly;

6      WHEREAS, Plaintiff requests, upon the Court's approval, to reschedule the Case

7  Management Conference for November 12, 2013, at 1:30 pm, or at such later date that is convenient

8  for the Court, in order to give the Parties a chance to complete settlement negotiations without

9  involving the resources of the Court;

10      WHEREAS, Plaintiff requests, upon the Court's approval, to reschedule the deadlines to file

11  an ADR Certification and to file a Rule 26(f) Report to align with the new proposed Case

12  Management Conference date;

13      WHEREFORE, Plaintiff respectfully requests the Court to approve and enter the Proposed

14  Order below.

16  Dated: September 30, 2013

                                         Respectfully submitted,

                                         SAN FRANCISCO BAYKEEPER

                                         By:  /s/ *Sejal Choksi-Chugh*
                                                 Sejal Choksi-Chugh
                                                 Attorney for Plaintiff
                                                 SAN FRANCISCO BAYKEEPER

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED that the Case Management Conference set for October 8, 2013, is rescheduled for November 12, 2013, or such later date that is convenient for the Court, and all associated deadlines be moved accordingly.

IT IS SO ORDERED.

NORTHERN DISTRICT COURT OF CALIFORNIA

Dated: October 8, 2013

_____
United States Magistrate Judge
Howard R. Lloyd