Jayni Foley Hein (Bar No. 258261)
Sejal Choksi-Chugh (Bar No. 222093)
SAN FRANCISCO BAYKEEPER
785 Market Street, Suite 850
San Francisco, California 94103
Telephone: (415) 856-0444
Facsimile: (415) 856-0443
Email: jayni@baykeeper.org
Email: sejal@baykeeper.org

Attorneys for Plaintiff
SAN FRANCISCO BAYKEEPER

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| SAN FRANCISCO BAYKEEPER, a non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF SUNNYVALE, BAY COUNTIES WASTE SERVICES, Inc., and STEVENS CREEK QUARRY, Inc.,<br><br>Defendants. | Case No. C-13-2425-HRL<br><br>**REQUEST TO RESCHEDULE THE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**<br><br>Judge: Hon. Howard R. Lloyd |

WHEREAS, on May 29, 2013, Plaintiff San Francisco Baykeeper filed the above-entitled complaint;

WHEREAS, on September 6, 2013 Plaintiff served Defendant City of Sunnyvale with the complaint and requested a waiver of service of summons;

WHEREAS, Defendant has until October 6, 2013 to respond to the waiver of service of summons and has not done so to date;

WHEREAS, Plaintiff and Defendant (collectively referred to as the "Parties") are continuing to engage in settlement negotiations and anticipate reaching a settlement within the next month to

1  avoid the need for litigation;

2      WHEREAS, the Initial Case Management Conference is scheduled for October 8, 2013, at

3  1:30 pm;

4      WHEREAS, the Scheduling Order states that if the Initial Case Management Conference is

5  continued, the other deadlines are continued accordingly;

6      WHEREAS, Plaintiff requests, upon the Court's approval, to reschedule the Case

7  Management Conference for November 12, 2013, at 1:30 pm, or at such later date that is convenient

8  for the Court, in order to give the Parties a chance to complete settlement negotiations without

9  involving the resources of the Court;

10     WHEREAS, Plaintiff requests, upon the Court's approval, to reschedule the deadlines to file

11 an ADR Certification and to file a Rule 26(f) Report to align with the new proposed Case

12 Management Conference date;

13     WHEREFORE, Plaintiff respectfully requests the Court to approve and enter the Proposed

14 Order below.

15

16 Dated: September 30, 2013

17                                       Respectfully submitted,

                                      SAN FRANCISCO BAYKEEPER

18

19                                       By:  /s/ *Sejal Choksi-Chugh*
                                              Sejal Choksi-Chugh

20                                               Attorney for Plaintiff
                                              SAN FRANCISCO BAYKEEPER

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER**

1
2  IT IS HEREBY ORDERED that the Case Management Conference set for October 8, 2013, is
3  rescheduled for November 12, 2013, or such later date that is convenient for the Court, and all
4  associated deadlines be moved accordingly.
5
6  IT IS SO ORDERED.
7
                                      NORTHERN DISTRICT COURT OF CALIFORNIA
8
9  Dated: October 8, 2013            _____
10                                    United States Magistrate Judge
                                      Howard R. Lloyd