1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*E-Filed: December 19, 2014*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

SAN FRANCISCO BAYKEEPER, a
California non-profit corporation,

      Plaintiff,

v.

CITY OF SUNNYVALE

               Defendant.

Civil Case No.: C 13-02425 HRL

**ORDER GRANTING PLAINTIFFS AND
DEFENDANT CITY OF SUNNYVALE'S
STIPULATION TO AMEND  SETTLEMENT
AGREEMENT**

     Good cause appearing, and based on the stipulation of the parties,

     IT IS ORDERED that consistent with December 9, 2014 stipulation submitted by the

Parties, the following portions of the October 2012 Settlement Agreement (included with Docket

No. 20) are hereby modified to utilize the 2014-2015 wet weather sampling data to determine if a

Feasibility Study is necessary and to extend the Feasibility Study due date provisions for the

Concrete Recycling Facility as follows:

**I.**      **COMMITMENTS OF SUNNYVALE**

     **…**

     **C.**      **Feasibility Study and Implementation Plan**

          **16.**     **Feasibility Study:**

1   …

2          b.    In addition, if more than two (2) of the <u>2014-15</u> wet season sample results

3               from all Initial Designated Discharge Points at the Concrete Recycling

4               Plant for the same constituent exceed the Target Levels present in Exhibit 3

5               and are not shown to be attributable predominantly to the presence of that

6               pollutant in the landfill cap solids or native soils, both unaffected by

7               industrial operations, as verified through testing of solids representative of

8               concrete and asphalt materials processed within the Concrete Recycling

9               Facility, Sunnyvale shall, in its Feasibility Study <u>for the Concrete</u>

10              <u>Recycling Facility, due no later than September 15, 2015</u>, propose and

11              implement non-structural and/or structural BMPs to reduce pollution runoff

12              for the exceeding constituent(s) from the Concrete Recycling Plant.

13          c.    …

14          d.    **Implementation Plan:**  No later than May 15, 2015, Sunnyvale shall

15              submit to Baykeeper a proposed timeframe and implementation plan based

16              on the Feasibility Study <u>for the SMaRT Station to</u> ~~for~~ install~~ing~~ the selected

17              necessary structural BMP(s).   <u>No later than December 15, 2015,</u>

18              <u>Sunnyvale shall submit to Baykeeper a proposed timeframe and</u>

19              <u>implementation plan based on the Feasibility Study for the Concrete</u>

20              <u>Recycling Facility to install the selected necessary structural BMP(s).</u>

21

22          e.    **Baykeeper Review of the Feasibility Study and Implementation Plan**:

23              Baykeeper shall have twenty (20) calendar days from receipt to comment

24              on <u>any submitted</u> Feasibility Study and Implementation Plan.  Within

25              twenty (20) business days of notification by Baykeeper of any comments

26              on <u>a submitted</u> Feasibility Study, Sunnyvale shall respond to or incorporate

27              all of Baykeeper's comments on the Study and begin drafting the

28              Implementation Plan.  Within twenty (20) business days of notification by

1    Baykeeper of any comments on a submitted Implementation Plan,

2    Sunnyvale shall respond to or incorporate all of Baykeeper's comments on

3    the Plan and begin implementation accordingly.  If the Parties cannot agree

4    on Baykeeper's conclusions for BMPs based on the Feasibility Study or

5    comments on the Implementation Plan, then either Settling Party may

6    invoke the Dispute Resolution provisions of Paragraph 44 if differences

7    cannot be resolved.

8        Consistent with this Court's January 7, 2014 Order (Docket No. 23), this Court will

9    continue to retain jurisdiction for the sole purpose of resolving any disputes between the Parties

10    with respect to enforcement of any provision of the October 2013 Settlement Agreement as

11    modified herein.

12        IT IS SO ORDERED.

13

14    Dated: December 19, 2014                    NORTHERN DISTRICT OF CALIFORNIA

15

16

17    _____

18                                              Honorable Howard R. Lloyd
                                                United States District Court
19                                              Northern District of California

20

21

22

23

24

25

26

27

28